■ Ojinika Okpe, Respondent, v Augustine Okpe, Appellant. [24 NYS3d 902]—Order, Supreme Court, New York County (Ellen F. Gesmer, J.), entered April 21, 2014, which, after a hearing, granted plaintiff a three-year order of protection, unanimously affirmed, with costs.

Plaintiff established by a fair preponderance of the evidence that defendant committed acts warranting an order of protection in her favor (*see* Family Ct Act § 832). Plaintiff established that defendant committed the acts alleged in the petition, and the court's determination is supported by the record (*see Matter of Everett C. v Oneida P.*, 61 AD3d 489 [1st Dept 2009]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Tom, J.P., Acosta, Moskowitz and Gische, JJ.